IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS J. MCBRIDE and ALISA MCBRIDE, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| MICHAEL DAVIS and PROTECTION ONE ALARM MONITORING, INC., | ) ) ) ) |
| Defendants. | ) ) |

CIVIL NO. 05-433-GPM

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiffs and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed April 28, 2006, and Stipulation filed May 17, 2006, each party to bear their own costs.

Dated: May 22, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY
CHIEF, UNITED STATES DISTRICT JUDGE**